PATRICK J. KELLY, Respondent, v. WILLIAM F. RANSOM and Another, Appellants.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

SEILER COAL CO., INC., Appellant, v. EMMONS COAL MINING COMPANY, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

NELLIE A. J. JAGEL, Respondent, v. JOSEPH SAPHIR, Appellant.— Judgment and order reversed and new trial ordered, with costs to the appellant to abide the event upon the ground that the verdict is against the weight of the evidence. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.; Merrell and Martin, JJ., dissent.

NORTHWESTERN NATIONAL BANK, Respondent, v. COLONIAL BANK, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

RUDOLPH L. CHERURG, Appellant, v. MAUDE HYMAN, Respondent.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.; McAvoy and Proskauer, JJ., dissent.

CHIPPE STUPACK, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

ISAAC STUPACK, Respondent, v. INTERBOROUGH RAPID TRANSIT COMPANY, Appellant.— Judgment reversed and new trial ordered, with costs to the appellant to abide the event, upon the ground that the verdict is against the weight of the credible evidence. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

JOSEPH EGYED, Respondent, v. LEHIGH VALLEY RAILROAD COMPANY, Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

THE ROYAL BANK OF CANADA, Respondent, v. HAL H. WILLIAMS, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

CHARLES FORSTER and Another, Respondents, v. ELMORE S. MURTHEY, Appellant, Impleaded, etc.— Judgment and order affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

A. B. MURRAY CO., INC., Respondent, v. LIDGERWOOD MANUFACTURING COMPANY, Appellant.— Order granting extra allowance reversed and motion therefor denied. Judgment modified by striking out provision for extra allowance and reducing the amount of the judgment as entered to the sum of $15,110.97, and as so modified the judgment and order denying motion for a new trial affirmed, with costs to the respondent. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.

KINGSON CONSTRUCTION CO., INC., Respondent, v. REALTY SURETIES, INC., Appellant.— Judgment affirmed, with costs. No opinion. Present — Dowling, P. J., Merrell, McAvoy, Martin and Proskauer, JJ.